PS8 HIPS-SUP-L-PETITN-01 (06.12)

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 28 2016

at 8 o'clock and 33 min. A M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. WILLIAM CLARK TURNER        CRIMINAL NO. 16-00207SOM

Petition for Action on Conditions of Pretrial Release

COMES NOW Anthony L. Barry, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant WILLIAM CLARK TURNER, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since March 15, 2016. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

1. On or about June 1, 2016, the defendant changed residence without prior approval of Pretrial Services, in violation of Special Condition No. 4.

2. On or about June 14, 2016, the defendant was arrested for Driving While Intoxicated (DWI), in violation of the Standard Conditions of Release.

That the defendant's conditions of pretrial release be modified as follows:

**ADD:**

- (7h3) Travel is restricted to: **State of Texas and Hawaii for court purposes only**.

- (7n) Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretrial Services. Take all medications as prescribed.

Case 1:16-cr-00207-SOM   Document 15   Filed 06/28/16   Page 2 of 2   PageID #: 42

U.S.A. vs. WILLIAM CLARK TURNER
Criminal No. 16-00207SOM                                          June 24, 2016
Petition for Action on Conditions of Pretrial Release             Page 2 of 2

- (7t1) Do not consume any alcoholic beverages or products containing alcohol while on bond.

- (7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

- (7v1) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the drug detection testing process in any manner.

- (7w1) To ensure compliance with the restriction on alcohol use, submit to random alcohol detection testing including remote alcohol testing devices, as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the alcohol detection testing process in any manner.

- (10b) Do not drive unless properly licensed.

**DELETE:**

3. (7h3) Travel is restricted to: the Eastern/Northern Districts of Texas and Hawaii for court purposes only.

PRAYING THAT THE COURT WILL ORDER the aforementioned modification of pretrial release.

ORDER OF COURT

Considered and ordered this 27th day of June, 2016 and ordered filed and made a part of the records in the above case.

KENNETH J. MANSFIELD
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 27, 2016

ANTHONY L. BARRY
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii